```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                           Case No. 19-10251-amc
Savana K. Hoffman                                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin              Page 1 of 2          Date Rcvd: Apr 19, 2019
                              Form ID: 318             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2019.
db            +Savana K. Hoffman,    640 Main Street,    Pennsburg, PA 18073-1506
14258343       Atlantic Credit & Finance, Inc.,    PO Box 2001,    Warren, MI 48090-2001
14258344      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14258345       Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
14258348      +David Hoffman,   3234 Miller Road,    Pennsburg, PA 18073-2216
14258351      +Jonestown Bank And Trust,    Po Box 717,    Jonestown, PA 17038-0717
14258352      +Liberty Propane,    PO Box 187,    Ottsville, PA 18942-0187
14258354      +Matthew Keils, Tax Collector,    803 Gravel Pike,    PO Box 828,    Palm, PA 18070-1114
14258355      +Michelle Hohfeld,    c/o Re/Max Reliance,    504 Harleysville Pike,    Souderton, PA 18964-1651
14258356       Midland Credit Management, Inc.,    PO Box 2001,    Warren, MI 48090-2001
14258357      +Northgate Comm Master Assoc.,    1225 Alma Road,    Richardson, TX 75081-2297
14258358      +Northgate Comm Master Assoc.,    C/O Asocia Mid-Atlantic,    1225 Alma Road,
                Richardson, TX 75081-2297
14258359      +Northgate Multiplex,    1150 Glenlivet Drive, Suite A-16,    Allentown, PA 18106-3112
14258362       PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
14258361      +Phelan Hallinan Diamond & Jones, PLLC,    One Penn Center,    1617 JFK Boulevard, Suite 1400,
                Philadelphia, PA 19103-1814
14258364       Upper Hanover Authority,    1704 Pillsbury Road,    Pennsburg, PA 18073

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QLEFELDMAN.COM Apr 20 2019 05:43:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg            E-mail/Text: megan.harper@phila.gov Apr 20 2019 01:43:19      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 20 2019 01:43:05
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 20 2019 01:43:11      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14258346      +EDI: COMCASTCBLCENT Apr 20 2019 05:43:00      Comcast,    Billing/Bankruptcy Department,
                Comcast Center,    1701 JFK Boulevard,    Philadelphia, PA 19103-2899
14258347      +EDI: WFNNB.COM Apr 20 2019 05:43:00      Comenity Bank/Kay Jewelers,    PO Box 182789,
                Columbus, OH 43218-2789
14258349      +E-mail/Text: egssupportservices@alorica.com Apr 20 2019 01:43:09      EGS Financial Care, Inc.,
                PO Box 1020,    Dept 806,    Horsham, PA 19044-8020
14258353       EDI: RMSC.COM Apr 20 2019 05:43:00      Lowes/Synchrony,    PO Box 530914,
                Atlanta, GA 30353-0914
14259193      +EDI: PRA.COM Apr 20 2019 05:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14258363       EDI: NEXTEL.COM Apr 20 2019 05:43:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
14259991      +EDI: RMSC.COM Apr 20 2019 05:43:00      Synchrony Bank,    Lowes Consumer Credit Card,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14258350       EDI: USBANKARS.COM Apr 20 2019 05:43:00      Elan Financial Service,    Attn: Bankruptcy,
                4801 Frederica Street,    Owensboro, KY 42301
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14258360       ##+Pennymac,   1200 W. 7th Street,    Suite L-2-200,    Los Angeles, CA 90017-6402
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

```
Date: Apr 21, 2019                            Signature:  /s/Joseph Speetjens
```

```
District/off: 0313-2          User: admin                Page 2 of 2            Date Rcvd: Apr 19, 2019
                              Form ID: 318               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              MARK M. MEDVESKY    on behalf of Debtor Savana K. Hoffman mark@medveskylaw.com,
               dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Savana K. Hoffman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2061** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **19–10251–amc** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Savana K. Hoffman
aka Savana Kay Brake, aka Savana K. Brake,
aka Savana Kay Hoffman

4/18/19

**By the court:**   Ashely M. Chan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                           **Order of Discharge**                           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2