### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Chapter 7

Savana K. Hoffman                                   : Case No. 19−10251−amc
            Debtor(s)

### ORDER
_____

AND NOW, this day , 4th of September 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

22
Form 195